IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASTON DE WYNTER, | No. C 09-05132 SI |
| Plaintiff, | **ORDER RE: DISMISSAL OF DEFENDANT METALCLAD** |
| v. | |
| ASBESTOS DEFENDANTS, | |
| Defendant. | |

On September 10, 2009, plaintiff Gaston De Wynter filed an initial complaint for damages against a number of asbestos defendants in the San Francisco Superior Court. On October 29, 2009 Metalclad Insulation Corporation ("Metalclad"), one of the many defendants named in the case, removed the case to federal court pursuant to 28 U.S.C. §1442(a)(1), federal officer jurisdiction. Pending before this Court is plaintiff's motion to remand the case to the Superior Court of San Francisco.[1] Hearing on the matter is set for February 12, 2010. On February 3, 2010, defendant filed notice in this Court of plaintiff's January 29, 2010 request for dismissal filed in the San Francisco Superior Court.[2] The filing sought dismissal of Metalclad Insulation Corporation from case CGC-09-275351, the same case now pending before this Court as 09-05132 SI.

Once a defendant has filed notice of removal to federal court, the "State court shall proceed no further unless and until the case is remanded." 28 U.S.C. §1446(d). Thus, the San Francisco Superior Court may not act on plaintiff's notice of dismissal. The proper procedure for voluntary dismissal of

---

[1] Docket No. 15.

[2] Docket No. 27.

a defendant in federal court is through Federal Rule of Civil Procedure 41. A plaintiff should either file notice of dismissal if the opposing party has not filed an answer or motion for summary judgment, *id.* at 41(a)(1)(A)(I), or plaintiff should file "a stipulation of dismissal signed by all parties who have appeared," *id.* at 41(a)(1)(A)(ii).

Accordingly, plaintiff is hereby ordered to inform the Court in writing, **no later than Wednesday, February 10, 2010,** of its intention with respect to voluntary dismissal of defendant Metalclad in this action.

**IT IS SO ORDERED.**

Dated: February 4, 2010

SUSAN ILLSTON
United States District Judge