```
1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  RICHARD M. GRANT, ESQ., S.B. #55677
   BRAYTON❖PURCELL LLP
3  Attorneys at Law
   222 Rush Landing Road
4  P.O. Box 6169
   Novato, California 94948-6169
5  (415) 898-1555

6  Attorneys for Plaintiff
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN CALIFORNIA OF CALIFORNIA
10
   GASTON DE WYNTER           )  Case No. CV 09-05132 SI
11                            )
              Plaintiff,      )
12                            )  STIPULATION TO DISMISS
   vs.                        )  DEFENDANT METALCLAD
13                            )  INSULATION CORPORATION
   ASBESTOS DEFENDANTS,       )  AND TO REMAND ACTION TO STATE
14                            )  COURT AND ORDER THEREON
              Defendants.     )
15                            /
                                 [Local Rules 7-1 and 7-12; FRCP 41]
16
17
18      Come now Plaintiff GASTON DE WYNTER ("Plaintiff") and Defendant
19  METALCLAD INSULATION CORPORATION ("Metalclad"), who file the following joint
20  stipulation pursuant to Local Rules 7-1 and 7-12:
21      WHEREAS, Metalclad removed this case to the United States District Court for the
22  Northern District of California on October 29, 2009, on the ground that the Court has "federal
23  officer" subject matter jurisdiction under 28 U.S.C. section 1442(a); and
24      WHEREAS, Metalclad was the sole removing defendant and no other defendant joined
25  in removal or filed a separate notice of removal;
26      WHEREAS, Plaintiff has agreed to dismiss Metalclad from this action; and
27      WHEREAS, Metalclad's desire for a federal forum for this action is now moot given the
28  dismissal of Plaintiff's claims against it; and
```

K:\Injured\111763\FED\Stip-Dismiss Metalc.wpd              1
STIPULATION TO DISMISS DEFENDANT METALCLAD INSULATION CORPORATION
AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON

1  WHEREAS, pursuant to the parties' agreement, Plaintiff and Metalclad seek to have
2  this action remanded to state court;
3  IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Metalclad, that all
4  claims against Defendant METALCLAD INSULATION CORPORATION shall be, and hereby
5  are, dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action
6  shall be, and hereby is, immediately remanded to the San Francisco County Superior Court, the
7  court in which it was originally filed and from which it was removed.

8  Dated: February 4, 2010                BRAYTON ❖ PURCELL LLP

10                                        By: _____
                                              Richard M. Grant
11                                            Attorneys for Plaintiff
                                              GASTON DE WYNTER
12

13  Dated: February 5, 2010               MCKENNA LONG & ALDRIDGE LLP

15                                        By: _____
                                              Felicia Y. Feng
16                                            Attorneys for Defendant
                                              METALCLAD INSULATION CORPORATION
17

18
     PURSUANT TO STIPULATION, **IT IS SO ORDERED.** Metalclad Insulation
19
     Corporation is dismissed from this case and this case is REMANDED to the Superior Court of
20
     California, County of San Francisco, Case No. CGC-09-275351. The Clerk shall send a
21
     certified copy of this Order to the Clerk of the Court for the Superior Court of California,
22
     County of San Francisco.
23

24
     Dated: February ___, 2010            _____
25                                        SUSAN ILLSTON
                                          United States District Judge
26

27

28

K:\Injured\111763\FED\Stip-Dismiss Metalc.wpd                 2
STIPULATION TO DISMISS DEFENDANT METALCLAD INSULATION CORPORATION
AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON

# PROOF OF SERVICE VIA UNITED STATES DISTRICT COURT ELECTRONIC DOCUMENT FILING SYSTEM

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. On **February 5, 2010**, I electronically served a true and correct copy of the within document(s):

**STIPULATION TO DISMISS DEFENDANT METALCLAD INSULATION CORPORATION AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON**

via the United States District Court, Northern District of California's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 5, 2010,** at San Francisco, California.

_____
KRISTINA E. CHUNG