ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiff

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

## UNITED STATES DISTRICT COURT

## NORTHERN CALIFORNIA OF CALIFORNIA

| | |
|---|---|
| GASTON DE WYNTER ) | Case No. CV 09-05132 SI |
| Plaintiff, ) | |
| ) | STIPULATION TO DISMISS |
| vs. ) | DEFENDANT METALCLAD |
| ) | INSULATION CORPORATION |
| ASBESTOS DEFENDANTS, ) | AND TO REMAND ACTION TO STATE |
| ) | COURT AND ORDER THEREON |
| Defendants. ) | |

[Local Rules 7-1 and 7-12; FRCP 41]

Come now Plaintiff GASTON DE WYNTER ("Plaintiff") and Defendant

METALCLAD INSULATION CORPORATION ("Metalclad"), who file the following joint

stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Metalclad removed this case to the United States District Court for the

Northern District of California on October 29, 2009, on the ground that the Court has "federal

officer" subject matter jurisdiction under 28 U.S.C. section 1442(a); and

WHEREAS, Metalclad was the sole removing defendant and no other defendant joined

in removal or filed a separate notice of removal;

WHEREAS, Plaintiff has agreed to dismiss Metalclad from this action; and

WHEREAS, Metalclad's desire for a federal forum for this action is now moot given the

dismissal of Plaintiff's claims against it; and

1    WHEREAS, pursuant to the parties' agreement, Plaintiff and Metalclad seek to have

2  this action remanded to state court;

3    IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Metalclad, that all

4  claims against Defendant METALCLAD INSULATION CORPORATION shall be, and hereby

5  are, dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this action

6  shall be, and hereby is, immediately remanded to the San Francisco County Superior Court, the

7  court in which it was originally filed and from which it was removed.

8  Dated: February 4, 2010                          BRAYTON ❖ PURCELL LLP

9

10                                                 By:_____

11                                                     Richard M. Grant
                                                       Attorneys for Plaintiff
12                                                     GASTON DE WYNTER

13  Dated: February 5, 2010                         MCKENNA LONG & ALDRIDGE LLP

14

15                                                 By:_____

16                                                     Felicia Y. Feng
                                                       Attorneys for Defendant
17                                                     METALCLAD INSULATION CORPORATION

18

19    PURSUANT TO STIPULATION, **IT IS SO ORDERED.** Metalclad Insulation

20  Corporation is dismissed from this case and this case is REMANDED to the Superior Court of

21  California, County of San Francisco, Case No. CGC-09-275351. The Clerk shall send a

22  certified copy of this Order to the Clerk of the Court for the Superior Court of California,

23  County of San Francisco.

24

25  Dated: February ___, 2010

                                                   SUSAN ILLSTON
26                                                 United States District Judge

27

28

K:\Injured\111763\FED\Stip-Dismiss Metalc.wpd                        2
STIPULATION TO DISMISS DEFENDANT METALCLAD INSULATION CORPORATION
AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON

# PROOF OF SERVICE VIA UNITED STATES DISTRICT COURT ELECTRONIC DOCUMENT FILING SYSTEM

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. On **February 5, 2010**, I electronically served a true and correct copy of the within document(s):

**STIPULATION TO DISMISS DEFENDANT METALCLAD INSULATION CORPORATION AND TO REMAND ACTION TO STATE COURT AND ORDER THEREON**

via the United States District Court, Northern District of California's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 5, 2010,** at San Francisco, California.

_____
KRISTINA E. CHUNG